

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00701-CV

**GLOBAL GENERAL CONSTRUCTION SERVICES, LLC**,
Appellant

v.

Ramona **JONES**,
Appellee

From the County Court at Law No. 1, Travis County, Texas
Trial Court No. C-1-CV-12-002293
Honorable J. David Phillips, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee Ramona Jones recover her costs of this appeal from appellant Global General Construction Services, LLC.

SIGNED May 8, 2013.

Catherine Stone, Chief Justice